IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 14-10164-TPA |
| KEITH A. PIERCE and | ) | |
| BARBARA A. PIERCE | ) | |
| | ) | |
| Debtors, | ) | CHAPTER 11 |
| _____ | ) | |
| | ) | |
| PNC BANK, NATIONAL ASSOCIATION, | ) | ADVERSARY CASE NO. 14-1065-TPA |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Document No. _____ |
| KEITH A. PIERCE and | ) | |
| BARBARA A. PIERCE | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I certify that I served or caused to be served a copy of the Motion For Entry of an Order Approving Settlement upon the following individuals and all parties identified on the attached matrix by ECF notifications and/or United States, First Class Mail:

Keith A. Pierce
1748 Clifford Dr.
Erie, PA 16508

Barbara A. Pierce
1748 Clifford Dr.
Erie, PA 16508

Gary V. Skiba
345 West 6th St.
Erie, PA 16507

Kathleen Robb, on Behalf of the
United States Trustee by
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: December 30, 2014

Respectfully submitted:

TUCKER ARENSBERG, P.C.

*/s/ Jillian Nolan Snider*
Jillian Nolan Snider, Esq. (Pa. I.D. 202253)
Jordan S. Blask, Esq. (Pa. I.D. 308511)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: (412) 594-5588
Fax: (412) 594-5619
jsnider@tuckerlaw.com
jblask@tuckerlaw.com

-10-

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 14-10164-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Dec 30 12:31:34 EST 2014 | PNC Bank, National Association<br>Tucker Arensberg, P.C.<br>c/o Jordan S. Blask, Esquire<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1155 |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC.<br>PO BOX 3104<br>SOUTHEASTERN, PA 19398-3104 | AT&T<br>c/o NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2308 | Ajaipal Kang, MD<br>100 Peach Street, Suite 201<br>Erie, PA 16507-1423 |
| American Homepatient<br>PO Box 827132<br>Philadelphia, PA 19182-7132 | Associated Clinical Laboratories<br>PO Box 71312<br>Philadelphia, PA 19176-1312 | Berman & Rabin, P.A.<br>15280 Metcalf<br>PO Box 24327-66283<br>Overland Park, KS 66223-2811 |
| Brett A. Solomon, Esq.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5416 | CALVARY SPV I, LLC<br>500 SUMMIT LAKE DRIVE, SUITE 400<br>VALHALLA, NY 10595-1340 | CBCS<br>PO Box 16333<br>Columbus, OH 43216-6333 |
| CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 | CBCS<br>PO Box 69<br>Columbus, OH 43216-0069 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Chase Bank U.S.A. N.A.<br>c/o ARS National Services, Inc.<br>PO Box 463023<br>Escondido, CA 92046-3023 | Citizens Financial Group, Inc.<br>Attn.: Eileen Corcoran<br>443 Jefferson Blvd., RJBW-500<br>Warwick, RI 02886-1321 |
| Cleveland Clinic<br>PO Box 89410<br>Cleveland, OH 44101-6410 | (p)COLLECTION SERVICE CENTER INC<br>363 VANADIUM ROAD<br>STE 109<br>PITTSBURGH PA 15243-1477 | Computer Credit, Inc.<br>640 West Fourth Street<br>PO Box 5238<br>Winston-Salem, NC 27113-5238 |
| Convergent Healthcare Recoveries, Inc.<br>124 SW Adams Street, Suite 215<br>Peoria, IL 61602-2321 | Credit Management Company<br>PO Box 16346<br>Pittsburgh, PA 15242-0346 | Creditech<br>PO Box 99<br>Bangor, PA 18013-0099 |
| Department of the Treasury<br>Financial Management Service<br>PO Box 830794<br>Birmingham, AL 35283-0794 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| ENT SPECIALISTS OF NW PA<br>3580 PEACH STREET<br>ERIE, PA 16508-2783 | ENT Specialists of Northwestern Pennsylv<br>Peach Street Medical<br>3580 Peach Street<br>Erie, PA 16508-2776 | EarthLink Business<br>2150 Holmgren Way<br>Green Bay , WI 54304-4606 |

| | | |
|---|---|---|
| Earthlink fdba One Communications<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094-5126 | Erie County Tax Claim Bureau<br>Erie County Courthouse<br>140 West Sixth Street, Room 110<br>Erie, PA 16501-1029 | Erie Sleep & Wellness Center, LLC<br>240 W. 11th St., Ste 301<br>Erie, PA 16501-1758 |
| Erie Water Works<br>Attn.: Karen Dirkmaat<br>340 West Bayfront Parkway<br>Erie, PA 16507-2004 | FIRST NATIONAL BANK OF PENNSYLVANIA<br>717 STATE STREET<br>ERIE, PA 16501-1341 | Fairview Township Sewer Authority<br>7485 McCray Road<br>Fairview, PA 16415-2401 |
| First Federal Credit Control, Inc.<br>24700 Chagrin Blvd., Ste 205<br>Cleveland, OH 44122-5662 | First Federal Credit Control, Inc.<br>PO Box 3521<br>Akron, OH 44309-3521 | Hamot Medical Center<br>201 State Street<br>Erie, PA 16550-0002 |
| Hamot Surgery Center, LLC<br>200 State Street<br>Erie, PA 16507-1499 | I.C. Systems, Inc.<br>PO Box 64378<br>Saint Paul , MN 55164-0378 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| James C. Warmbrodt, Esq.<br>436 Seventh Avenue, Suite 1400<br>Pittsburgh, PA 15219-1827 | James Marstellar<br>1314 1/2 W. 9th Street<br>Erie, PA 16502-1023 | Leory Clark<br>Gayle Clark<br>1314 W. 9th Street<br>Erie, PA 16502-1023 |
| MedCare Equipment Company, LLC<br>PO Box 643730<br>Pittsburgh, PA 15264-3730 | Medical Financial Solutions<br>PO Box 50868<br>Kalamazoo, MI 49005-0868 | Metabolic Disease Associates, Inc.<br>240 West 11th St., Second Floor<br>Erie, PA 16501-1758 |
| Millcreek Community Hospital<br>Attn.: Patient Accounting<br>5515 Peach Street<br>Erie, PA 16509-2695 | NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2368 | National Fuel<br>Legal Dept.<br>P.O. Box 2081<br>Erie, PA 16512-2081 |
| National Fuel<br>PO Box 4103<br>Buffalo, NY 14264-0001 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Orthopaedic & Sports Med of Erie PC<br>100 Peach St., Ste 400<br>Erie, PA 16507-1423 |
| PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 | PNC Bank<br>One PNC Plaza<br>249 Fifth Avenue<br>Pittsburgh, PA 15222-2707 | Penelec<br>PO Box 3687<br>Akron, OH 44309-3687 |
| Penelec,<br>a First Energy Company<br>331 Newman Springs Road<br>Building 3<br>Red Bank, NJ 07701-5688 | Penn Credit<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Performant Recovery, Inc.<br>Po Box 9054<br>Pleasanton, CA 94566-9054 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Regional Health Services<br>3330 Peach Street<br>Suite LL2<br>Erie, PA  16508-2775 | Renee Cameron<br>1312 W. 9th Street<br>Erie, PA 16502-1023 |
| RevenueGroup<br>PO Box 93983<br>Cleveland, OH 44101-5983 | Rotech Healthcare, Inc.<br>PO Box 510987<br>Livonia, MI 48151-6987 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Saint Vincent Health Center<br>232 W. 25th Street<br>Erie, PA 16544-0001 | Saint Vincent Institute<br>3530 Peach St LL1<br>Erie, PA 16508-2768 | Small Business Administration<br>801 Tom Martin Drive, Suite 120<br>Birmingham, AL 35211-6424 |
| TIME WARNER<br>PO BOX 2553<br>COLUMBUS, OH 43216-2553 | Transworld Systems, Inc.<br>Collection Agency<br>507 Prudential Road<br>Horsham, PA 19044-2308 | UPMC Physician Services<br>417 Bridge St.<br>Danville, VA 24541-1403 |
| US DEPT. OF TREASURY FMS<br>DEBT MANAGEMENT SERVICES<br>PO BOX 979101<br>ST. LOUIS, MO 63197-9000 | Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | Wakefield & Associates, Inc.<br>PO Box 58<br>Fort Morgan, Colorado 80701-0058 |
| West Ridge Family Dental, P.C.<br>5712 West Ridge Road<br>Erie, PA 16506-1014 | Barbara A. Pierce<br>1748 Clifford Dr.<br>Erie, PA 16505-2806 | Gary V. Skiba<br>345 West 6th St.<br>Erie, PA 16507-1244 |
| Jason R. Owen<br>Yochim Skiba & Nash<br>345 W. Sixth Street<br>Erie, PA 16507-1244 | John P. Carone<br>5956 Courtland Drive<br>Erie, PA 16509-7812 | Keith A. Pierce<br>1748 Clifford Dr.<br>Erie, PA 16505-2806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Collection Service Center, Inc.<br>250 Mt. Lebanon Blvd.<br>PO Box 14931<br>Pittsburgh, PA  15234-0931 | Discover Bank<br>12 Reads Way<br>New Castle, DE 19720 | Internal Revenue Service<br>1000 Liberty Avenue Room 705<br>Pittsburgh,Pa. 15222 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | SPRINT<br>PO BOX 4181<br>CAROL STREAM, IL 60197-4181 | |